# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BATH AUTHORITY, LLC
d/b/a DREAMLINE,

    *Plaintiff,*

  v.

ANZZI LLC,

    *Defendant.*

CIVIL ACTION
NO. 18-00834

## ORDER

**AND NOW**, this 19th day of October, 2018, after consideration of Defendant's Motion to Dismiss, (ECF No. 26), Plaintiff's Response, (ECF No. 28), and Defendant's Reply, (ECF No. 30), it is hereby **ORDERED** that:

1. Defendant's Motion is **GRANTED** with respect to Plaintiff's false advertising claim under 15 U.S.C. § 1125(a)(1)(B), trade dress infringement claim under 15 U.S.C. § 1125(a), common law unfair competition claim, conversion claim and tortious interference with prospective economic advantage claim.

2. Defendant's Motion is **DENIED** with respect to Plaintiff's false designation of origin claim under 15 U.S.C. § 1125(a)(1)(A), unfair competition claim under 15 U.S.C. § 1125(a) and common law trademark infringement claim.

Additionally, after consideration of Plaintiff's Motion to Expedite Discovery, (ECF No. 31), Defendant's Response, (ECF No. 32), and Plaintiff's Reply, (ECF No. 33), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.